### A. B. James & Co. v. A. M. Alford & Co.—A. L. Shotwell, Warrantor.

A party cannot be held liable for the notes and obligations of a firm, of which he became a member while a minor, and from which he withdrew before he was emancipated, when it does not appear that he had been benefited by the concern, nor that he had committed a fraud upon the plaintiff.

APPEAL from the District Court of the Parish of Bossier, *Egan.* J.

*Young & Killgore*, for plaintiffs. *Fort & Bro.* and *J. D. Watkins*, for defendants and appellants. *Robert J. Looney*, and *B. L. Hodge*, for warrantor.

VOORHIES, J. Suit was instituted upon two notes drawn by the firm of *A. M. Alford & Co.* in favor of *A. B. James & Co.*

The defendant, *A. M. Alford*, after filing a general denial, and calling *A. L. Shotwell* in warranty, amended his answer for the purpose of pleading minority.

Judgment was rendered in favor of the plaintiffs against the defendants, and in favor of the defendant *Alford* against his warrantor.

*Alford* alone appeals.

The plea of minority must prevail. *Alford* was an unemancipated minor when he became a partner in the firm of *A. M. Alford & Co.*, and when he withdrew from the firm. It is true that he received, on his withdrawal, a draft for the sum of $2000, in payment of his interest or share in the partnership; but this was the amount of his cash interest in the concern. It does not appear that, in other respects, he was benefited; nor that he committed a fraud upon the plaintiffs. There is, consequently, no principle of law or equity, by which the appellant can be held responsible in the premises. C. C. 379, 1775, 1778, 1869, 2225, 2252.

It is, therefore, ordered and decreed, that, as regards the appellant, *A. M. Alford*, the judgment of the District Court be avoided and reversed; and that there be judgment in his favor, rejecting the plaintiffs' demand, with costs in both courts.